IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THRESA LYNN WILLIAMS, | ) | |
| | ) | |
| PLANITIFF, | ) | |
| | ) | |
| v. | ) | 1:17-CV-799-KOB |
| | ) | |
| | ) | |
| DORIS HOLMES, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**ORDER**

This matter is before the court on the plaintiff's motion for leave to proceed in *forma pauperis* on appeal. (Doc. 8).  Pursuant to Fed. R. App. P. 24(a)(3)(A), the court finds that the appeal is not taken in good faith and DENIES the motion.

Although the court allowed the plaintiff to proceed in forma pauperis at the district court level, the court also found that her claims were frivolous and lacked an arguable basis in law or in fact.  The plaintiff frequently files actions that are without merit or over which the court has no jurisdiction.  As such, the court DENIES the plaintiff's motion to proceed in forma pauperis on appeal because her appeal is not taken in good faith.

The court advises the plaintiff that she can file her motion to proceed in forma pauperis on appeal directly with the Eleventh Circuit pursuant to Fed. R. App. P. 24(a)(5).

DONE and ORDERED this 2nd day of October, 2017.

*Karon O. Bowdre*
_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE